Lisa Wong Lackland
Nevada Bar No. 9934
llackland@lrlaw.com
Emily Gubler Clark
Nevada Bar No. 10547
eclark@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

Michael A. Rollin (admitted *pro hac*)
mrollin@rplaw.com
Katherine Roush (admitted *pro hac*)
kroush@rplaw.com
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110

Attorneys for Plaintiff LEHMAN
BROTHERS HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br>     Plaintiff, <br><br> vs. <br><br> MOUNTAIN VIEW MORTGAGE COMPANY dba MVM FUNDING GROUP, <br>     Defendant and Third Party Plaintiff, <br><br> STEVEN WORTH, an individual; JESUS A. MOLINA, an individual; JOHN ALCOTT, an individual; NEVADA LAND INVESTMENTS, LLC, a Nevada limited liability company; TREVOR MESNIK, an individual; GUY CHRISTIANO, an individual; AND DOES 1 through 20, inclusive, <br>     Third Party Defendants. | CASE NO. 2:09-cv-00710-PMP-PAL <br><br> **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** |

1

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI"), pursuant to Fed. R. Civ. P. 41(a)(2) and LR 7-2, moves this Court to dismiss this case without prejudice due to defendant Mountain View Mortgage Company d/b/a MVM Funding Group's ("Mountain View") ongoing bankruptcy case.

LBHI's motion is based on the pleadings and other papers filed with this motion and is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Procedural History

LBHI filed its complaint against defendant Mountain View on April 21, 2009, asserting claims for breach of contract and breach of express warranty following the purchase of certain mortgage loans. (Doc. 1.) On August 3, 2009, Mountain View filed a third-party complaint against Steven Worth, Jesus A. Molina, John Alcott, Nevada Land Investments, LLC, Trevor Mesnik and Guy Christiano. (Doc. 23.) On June 18, 2010, defendant Mountain View filed a chapter 7 petition for bankruptcy in the United States Bankruptcy Court, District of Nevada, Case No. 10-21356-mkn. (Doc. 66, 70.) Counsel for Mountain View moved to withdraw as counsel on October 18, 2010, which motion was granted on October 28, 2010. (Doc. 75, 77.) Defendant Mountain View has never retained new counsel and remains unrepresented in this case. On May 31, 2011, this Court dismissed third-party defendant Steven Worth without prejudice. (Doc. 79.)

This case was stayed per Mountain View's bankruptcy. (Doc. 77.) Every 120 days, beginning on May 31, 2011, counsel for LBHI has appeared before this Court at a status conference to update the Court on the status of Mountain View's bankruptcy case. (Doc. 79-82.) Another status conference is scheduled for September 10, 2012. (Doc. 82.)

### B. Current Status of Bankruptcy Case

Mountain View's bankruptcy case remains ongoing. There has been no further activity since the last status conference held on May 14, 2012. Mountain View has been neither granted nor denied discharge, and no assets have been distributed to creditors. (*See* Case No. 10-21356-mkn.) Rather than tying up this Court's docket indefinitely while the bankruptcy case continues, plaintiff LBHI moves to dismiss this case without prejudice.

1  LBHI requests that the status conference set for Monday, September 10, 2012 at 9:00 a.m.
2  be immediately vacated as moot.
3  DATED this 6th day of September, 2012.

LEWIS AND ROCA LLP

By /s/ Emily G. Clark
  Lisa Wong Lackland
  Nevada Bar No. 9934
  Emily Gubler Clark
  Nevada Bar No. 10547
  LEWIS AND ROCA LLP
  3993 Howard Hughes Parkway, Suite 600
  Las Vegas, Nevada 89169
     and
  Michael A. Rollin (admitted *pro hac*)
  Katherine Roush (admitted *pro hac*)
  REILLY POZNER LLP
  511 Sixteenth Street, Suite 700
  Denver, Colorado 80202
  *Attorneys for Plaintiff*

   IT IS SO ORDERED.

   Dated:  September 7, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the following CM/ECF registrants:

Edward D. Boyack, Esq.
Colby D. Beck, Esq.
Boyack & Beck
401 N. Buffalo Drive, Ste. 202
Las Vegas, NV 89145
*Attorneys for Third Party Defendant Steven Worth*

　　　　　　　　　　　　　　　　　　*/s/ Eloisa Nunez*
　　　　　　　　　　　　　　　　　　An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169